| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | WAYNE K. SNODGRASS, State Bar #148137 |
|   | JEREMY M. GOLDMAN, State Bar #218888 |
| 3 | Deputy City Attorneys |
|   | City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place |
|   | San Francisco, California 94102-4682 |
| 5 | Telephone:   (415) 554-6762 |
|   | Facsimile:   (415) 554-4699 |
| 6 | E-Mail:        jeremy.goldman@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO APARTMENT ASSOCIATION, COALITION FOR BETTER HOUSING, SMALL PROPERTY OWNERS OF SAN FRANCISCO INSTITUTE, SAN FRANCISCO ASSOCIATION OF REALTORS; and NORMAN T. LARSON,

   Plaintiffs/Petitioners,

vs.

CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-20,

   Defendants/Respondents.

Case No.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION) BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**

**Attached Documents**:
<u>Exhibit A</u>:  Superior Court Register of Actions
<u>Exhibit B</u>:  Summons, Complaint, Initial Notices

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation ("Defendant" or "City") hereby removes to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 the state court action described below. Defendant is filing in San Francisco Superior Court a Notice of Removal.

1. On or about March 5, 2015, Plaintiffs SAN FRANCISCO APARTMENT ASSOCIATION, COALITION FOR BETTER HOUSING, SMALL PROPERTY OWNERS OF SAN FRANCISCO INSTITUTE, SAN FRANCISCO ASSOCIATION OF REALTORS, and NORMAN T. LARSON (collectively "Plaintiffs") filed a Verified Petition for Writ of Mandate and Complaint for Injunctive and Declaratory Relief ("Complaint") in the Superior Court of the State of California in and for the County of San Francisco, titled *San Francisco Apartment Association et al. v. City and County of San Francisco et al.*, Superior Court Case No. CPF-15-514174. Attached hereto as **Exhibit A** is the Superior Court Register of Action reflecting the filing of the Complaint.

2. The City is informed and believes that the first date upon which any defendant named in this action received a copy of the Complaint was March 5, 2015, when Plaintiffs served the City with a copy of the Complaint, Summons, and required initial notices regarding ADR, case management, and jury trial information. Copies of the Summons, Complaint, and initial notices, attached hereto as **Exhibit B**, constitute all the processes, pleadings and orders that have been received by the City in this case.

3. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by the City pursuant to the provisions of 28 U.S.C. § 1441(a), in that it asserts claims under the First and Fourteenth Amendments to the U.S. Constitution (free speech, due process, and equal protection), and 42 U.S.C. § 1983. This civil action arises in the City and County of San Francisco based on Plaintiffs' allegations that a substantial part of the event or omissions which give rise to the claims occurred in the City and County of San Francisco.

4. The City is informed and believes that it is the only defendant that has been served with the Summons and Complaint in the pending action.

1  WHEREFORE, the City prays that the above action, now pending in Superior Court of the
2  State of California in and for the City and County of San Francisco, be removed in its entirety to this
3  Court for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

6  Dated: April 3, 2015

DENNIS J. HERRERA
City Attorney
WAYNE K. SNODGRASS
JEREMY M. GOLDMAN
Deputy City Attorneys

By:     /s/*Jeremy M. Goldman*
JEREMY M. GOLDMAN

Attorneys for Defendant/Respondent
CITY AND COUNTY OF SAN FRANCISCO

## PROOF OF SERVICE

I, HOLLY CHIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, Room 234, San Francisco, CA 94102.

On April 3, 2015, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION) BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**

on the following persons at the locations specified:

James R. Parrinello, Esq.
Christopher E. Skinnell, Esq.
James W. Carson, Esq.
NIELSEN, MERKSAMER, PARRINELLO, MUELLER & NAYLOR, LLP
2350 Kerner Boulevard, Suite 250
San Rafael, CA 94901
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874
Email:   jparrinello@nmgovlaw.com
             cskinnell@nmgovlaw.com
             jcarson@nmgovlaw.com

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 3, 2015, at San Francisco, California.

/s/*Holly Chin*
HOLLY CHIN